UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>                              Plaintiff,<br><br>            -v-<br><br>TRAVIS TADDEO LLC, ET AL.,<br><br>                              Defendants. | 21 Civ. 10109 (PAE) (JLC)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 29, 2022, the Court extended its order of discontinuance to provide the parties with until October 28, 2022 to avoid dismissal.  Dkt. 30.  On November 1, 2022, the parties filed a proposed stipulation to the dismissal of this action, with prejudice.  Dkt. 34.  For avoidance of doubt, this case was already dismissed, subject to the parties moving to reopen it by October 28, 2022, which they did not do.  *See* Dkt. 28, 30.  Accordingly, the Clerk's Office is respectfully requested to keep the case closed, as dismissed.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2022
            New York, New York